Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Sauthern District of Florida

Miami Division

Case No. _____

FILED BY _MC_ D.C.

MAY 2 1 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____
(to be filled in by the Clerk's Office)

**BRENT MICHEAL JONES**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**"See Attached"**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

2)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **BRENT MICHEAL JONES**

All other names by which
you have been known:

ID Number **Reg. # 80975-510**

Current Institution **FEDERAL DETENTION CENTER**

Address **P.O. BOX 019120**

**MIAMI**      **FL.**      **33101**
City      State      Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name **A. Yarusso**

Job or Title *(if known)* **A.T.F Agent/Detective/Officer**

Shield Number **#1186**

Employer **A.T.F/Miami Beach Police Dept.**

Address **Miami**      **Fla.**
City      State      Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name **H. Fitoria**

Job or Title *(if known)* **A.T.F Agent/Officer**

Shield Number **#2080**

Employer **A.T.F/Miami Beach Police Dept.**

Address **Miami**      **Fla.**
City      State      Zip Code

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name    B. Campos

Job or Title *(if known)*    Officer

Shield Number    #2054

Employer    Miami Beach Police Dept.

Address

City    Miami    State    Fl.    Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name    L. Paige

Job or Title *(if known)*    Officer

Shield Number    #1179

Employer    Miami Beach Police Officer

Address

City    Miami    State    Fl.    Zip Code

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"See Attached"

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*"See Attached"*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*"See Attached*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*"See Attached"*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*"See Attached"*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?



*"See Attached"*

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*



*"See Attached"*

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*"See Attached"*

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.



*"See Attached"*

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☑ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

2.   What did you claim in your grievance?

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_"See Attached"_____

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)   "See Attached"

Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*   "See Attached"

_____

3.    Docket or index number   "See Attached"

_____

4.    Name of Judge assigned to your case   "See Attached"

_____

5.    Approximate date of filing lawsuit   "See Attached"

_____

6.    Is the case still pending?

☐   Yes

☑   No

If no, give the approximate date of disposition.   "See Attached"

10

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)     "See Attached"
     Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     "See Attached"

3.   Docket or index number
     "See Attached"

4.   Name of Judge assigned to your case
     "See Attached"

5.   Approximate date of filing lawsuit
     "See Attached"

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition     "See Attached"

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     "See Attached"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     04/19/2024

Signature of Plaintiff      _Brent Jones_

Printed Name of Plaintiff   BRENT MICHEAL JONES

Prison Identification #     #80975-510

Prison Address              P.O. BOX 019120

Miami                      FL.          33101
_City_                     _State_      _Zip Code_

### B.   For Attorneys

Date of signing:     _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

_____
_City_                      _State_      _Zip Code_

Telephone Number            _____

E-mail Address              _____

12.)

B.   Federal Constitutional & Statutory Rights Violated.

Florida Rules of Criminal Procedure.
Rule 3.025. State, and Prosecuting Attorney Defined
Rule 3.060. Time for Service of Motions + Notice of Hearing
Rule 3.080. Nonverification of Pleadings
Rule 3.121. Arrest Warrant
Rule 3.140. Indictments; Informations
Rule 3.160. Arraignment
Rule 3.170. Pleas
Rule 3.171. Plea Discussions + Agreements
Rule 3.172. Acceptance of Guilty or Nolo Contendere Plea
Rule 3.180. Presence of the Defendant
Rule 3.190. Pretrial Motions
Rule 3.191. Speedy Trial
Rule 3.200. Notice of Alibi
Rule 3.220. Discovery
Rule 3.380. Motion for Judgement of Acquital
Rule 777.201. Entrapment.
Chapter 876.05 + 876.10 Public Employees Oaths + False Oath Penalty
Chapter 907.045 Habeas Corpus; Preliminary.
Chapter 903.05 Qualification of Surities.
2nd Amendment Rights
5th Amendment Rights
14th Amendment Rights
8th Amendment Rights

Continued on Page 12 (b.) ⟶

12.) (b.)

## B. Federal Constitutional + Statutory Rights Violated

§ 1985 Conspiracy to interfere with civil rights

§ 1986 Action for neglect to prevent conspiracy

38 Am Jur Trials 493, defense of a police misconduct suit

43 L Ed 2d 833 Due Process and equal protection rights

§ 241 Conspiracy against rights

§ 242 Deprivation of rights under color of law

Criminal liability, under §18 U.S.C. 241, 242 for depriving or conspiring to deprive a person of his/her civil rights. 20 L Ed 2d

Liability in damages under ~~~~ 8 U.S.C. § 47 for conspiring to deprive a person of his civil rights 95 L Ed 1253

American Adversary System Of Criminal Justice

Nixon v. Miranda

§ 88.5 Time when priviledge against self-incrimination attaches.

13.)

## Statements of Claims

1.) Miami-Metro Dade Police Department failed to answer my 911 call on March 12th or 13th. From my cell phone # (786)-740-0056 or either my second cell phone # (786)-819-8610. Miami-Metro Dade Police Dept. called my phone back. I was asked if I had called the police. I answered yes! I was asked, What happend & the location of the incident. I reported that James Bartlett was making several attempts to run me over in a black 4dr Lexus on 175 street & 9th ave. I was told that I have reached Miami-Metro Dade Police Dept. & that they would have Miami Gardens Police contact me in my distress. I was never called back by either Police Dept. This is Gross Negligence on behalf of both Police Departments. Which lead to the following statements of claim days later on the night of March 17th, 2023.

2.) Myself & Kacie Blad, were dropping off two (2) people to South Beach March 17th, 2023. And was being tailed by a grey Jeep Cherokee with four (4) armed men. Due to the previous death threats & attempts on my life from James Bartlett and Prince Robinson for the past (3) weeks. I ran (3) stop sign & drove around the block (3) times. To provoke police to hit the lights. If they were the Police. No lights or sirens came from the Jeep. I let the two (2) passengers out for their safety & fled. I avoided an oncoming marked police out of fear of the firepower of the four (4) men with rifles in the Jeep. Then fled to the several marked police perimeter after dodging

14.)

## Statement of Claims

#2.) Continued: Then I fled towards several marked police vehicles peremeter after dodging the lone marked car. Due to the promonate presence of the police for the holiday weekend.

3.) I was arrested with unecessary force by police. And not read my Miranda Rights. Or told why I was being arrested. Eventually asked to talk about the arrest at the police station by Agent/Detective A. Yarusso + H. Fitoria. I was audio + video recorded then asked to sign a Miranda Rights form. Then questioning began. This evidence is important.
This is being revised + resubmitted again April 19th, 2024. After the origonal was dismissed twice.

4.) After being interogated, I had to sleep in the police car injured + handcuffed for hours. Due to the jail being crowded. My booking was postponed to be sent to the hospital from my injuries, from the defendants Miami Beach Police Officers excessive force.

5.) Defendant A. Yarusso + H. Fitoria claimed to be A.T.F. Agents and Miami Beach Police Officers. And told me that they can have my charges dropped by the State Attorney. IF I cooperated + tell them who's making the machine guns. Because I don't manufactor machine guns. Which my public defender~ Courtney Diaz later told that he lied to me on the video recording. Which I already knew due to A. Yarusso appearing at my bond hearing asking to deny my bond + release.

15.)

Statement of Claims.

6) The defendants A. Yarusso, H. Fitoria, + L. Paige knowingly and recklessly ommited the illegal engagement of I, BRENT MICHAEL JONES the plaintiff in traffic with the grey Jeep Cherokee armed with high powered rifles. As well as the illegal pursuit that took place without lights and sirens from the totality of the circumstances that accured 3/17/23. As well as fabricating the approximate time of the arrest affidavit to be at 10:20 P.M. When the police CAD reports that the defendants were in pursuit of me at approximately 10:22 p.m. Knowing about the LPR hit the entire time, and allowing me to drop off two passengers at approximately 10:25 P.M. This is being enforced against me by Government Officials, Agents, Agencies, State Officials, County Officials, County Officers, Local Authorities, Local Officers, + Detectives acting under the color federal and local laws. By the named listed defendants and unknown defendants sworn to uphold my constitutional rights and [federal laws.].

7) These manuevers executed by law enforcement caused me to be in fear of my life from law enforcement overall. And to be followed by fabrication of evidence, falsified affidavits, ommiting evidence, + witholding evidence only heightens my worst fears of law enforcement. While suffering from PTSD, anxiety, + physical disability. This is not how I am supposed to be treated, detained, as well as jailed for so long before I can regain my right for a reasonable bail, or any type of pre-trial release based on the totality of the circumstances.

15) B.

## Statement Of Claim

8) I address many different defendants in this claim. And the most irrational issue is the defendant officer "Renzo Chumbe" of the Miami Beach Police Department. I have BWC footage of this defendant putting his hands on me + Kacie Blad, my passenger. As well as using prophanity or curse words while we were in handcuffs and restrained already. And I have this defendants sworn deposition not mentioning that he engaged me physically or verbally on the scene. Also denying that he didn't hear any other officer question me or speak to me on the scene. The defendant officer R. Chumbe "grabs me by the neck" + tells me to "shut the fuck up."

9) The Defendant officer L. Paige kneed me in my anus while on the ground already in handcuffs restrained. This defendant is on the stand March 15, 2024 smerking + laughing about he may have used a little bit of excessive force on me. As if this situation was something of a sport or joke in court. This is on record in the court transcripts.

10) The defendant A. Yarusso does not abide by the "American Adversary System of Criminal Justice" interrogating me on the scene and at the police station. Violating "Nixon v. Miranda" of the "American Adversary System." And committing conspiracy by hiding his unmarked Jeep from the scene and ommitting the illegal engagement activity from the evidence by switching vehicles to arrive on scene of my arrest. As well as not having his BWC actually not activated the entire time of the illegal traffic stop or engagement. And not activated on the scene the entire time after I was detained.

15) C.

13) The defendants revealed that have prior knowledge of me, by demanding that I tell them who's making machine guns. And telling me what type of cell phone device I posess without me telling them that myself. That information could only been told to the police of Miami Metro Dade Police or Miami Gardens Police Departments. Which originated from Prince Robinson, James Bartlett, and Jeraldene Alston. My text messages to and from these people are evidence of them telling me that they're going to send me to jail. Also alerting me to the fact that the defendant A. Yarusso and H. Fitoria conspired with these people and other local law enforcement before engaging me on 3/17/2023, long before I could get to safety with several marked police that were already prominate in the area.

14) Not one officer read miranda rights upon handcuffing me. Neither of them read miranda rights the entire time on the scene. Or told me why I was being engaged in the first place. I was interrogated on the scene and in the police cruiser without any rights of miranda read to me. And held at the police station without miranda rights read. And held until I gave in to speaking with someone before going to jail. Still with no knowledge of why I was engaged by unmarked vehicles.



# Statements of Claims

13.) The 6th Amendment right to counsel ensures that the accused may have an attorney assit him in legal proceedings during prosecution, which Miranda right to counsel ensures that the arrestee has access to legal counsel during custodial interrogations. The Privilege against self-incrimination, has it's Constitutional Foundation in the respect a Government, State or Federal, must abide or accord to the dignity and integrity of its Citizens. Which these rights and priviledges have been violated by the defendants A. T. F, A. Parusso, H. Fitoria, L. Paige, R. Chumbe, B. Campos, State Attorney, Assistant State Attorney, Judge Laura Stenzin, State Attorney's Office, Miami Beach P.D., Miami Gardens P.D., Miami Metro Dade P.D., Jenkins #2068, Maldonado #2030, D. Damus, A. Pichs Picado, + any other public employee or establishment unknown to me. That is sworn to uphold my constitutional rights as a U.S. Citizen.

The American Adversary System of Criminal Proceedings commences when an individual is first subjected to Police interrogation while in custody at the police station or otherwise deprived of his freedom of action in any way; at this point the safeguards erected about the priviledge against self-incrimination, come in to play.

16.)

"How the listed Defendants acted under the color of local and federal laws violating my constitutional rights, privileges, immunities secured by the Constitution and [Federal laws]."

B., C., D.

B.) The defendants State Attorney's Office, Katherine Fernandez Rundle, Assistant State Attorney Micheal Strozier, Judge Laura Stuzin, Public Defender's Office, Public Defender Courtney Diaz, + any other unknown staff and employees listed or not! Violated Florida criminal Rules 3.160 Arraignments + Pleas by not formally having me physically present to be arraigned on the alleged malicious charges filed against me, BRENT MICHEAL JONES the plaintiff here. As well as violating Florida criminal rules of procedure 3.180(a) + 3.180(b) presence of the defendant in all prosecution hearings. Along with violation of Rules 1.310, 1.350, and 1.351 of Florida Rules of Civil procedure.

C.) The defendant A. Yarusso fabricated typed statements in my discovery act under the color of federal and local laws of A.T.F. and Miami Beach Police Dept. Officially submitting false typed document "Summary of Events" in the "Narrative" in lines #2, +#5, page "JONES_000138. And the defendants of the Government A. Yarusso, H. Fitoria, + the defendants of the State falsely alleges, as particularly as is known to the State Attorney + the UNITED STATES OF AMERICA that the place of the commission of the alleged crime is: 64th STREET and LEXON AVENUE, MIAMI-DADE COUNTY, Florida 3/17/2023 approximately 10:20 PM. The Police "CAD" debunks these allegations!

17.)

B, C, D

C.) "Based on the defendants behavior of fabrication while sworn to uphold Constitutional Rights, privileges, or immunities secured by the constitution and [Federal laws]." The Sufficiency of this Federal Indictment and State Charges alleged against the plaintiff, BRENT MICHEAL JONES does not set forth all the elements necessary to constitute the offense intended to be punished, and "also provides a statement of facts and circumstances that give notice of the offense to the accused. Therefore the totality of the circumstances makes this indictment and or true bill, along with state charges alleged against the plaintiff BRENT MICHEAL JONES false and insufficient on its face!

B, C, D

C.) "I'm entitled to recover suing under Bivens for the violation of the 2nd Amendment, 5th Amendment, 8th Amendment, and 14th Amendent Rights of the U.S. Constitution and [Federal laws]." By the defendants A. Yarusso, H. Fitoria, L, Paige, L. Villa, R. Chumbe, B. Campos D. Damus, A. Pichs Picado, Maldonado, Jenkins, Miami Metro-Dade P.D., Miami Gardens P.D., Miami Beach P.D., Micheal Strozier, Laura Struzin, Courtney Diaz, Public Defender's Office, State Attorney Office, Katherine Fernandez Rundle, Alcohol Tobacco and Firearms, + any other unknown agents, officers, staff, and public employees involved.

18.)

**B.**

The list I have provided of constitutional or statutory right(s) I claim is/are being violated by state or local officials that are liable for acting "under color of any statute, regulation, ordinance, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. And liable under Bivens claims are as follows.

1) The State Attorney's Office, State Attorney Katherine Fernandez Rundle, Assistant State Attorney Micheal Strozier (Bar#:00547166) Judge Laura Stuzin, Public Defender Courtney Diaz. Are are acting under under the color of state or local law by denying me adequate counsel, contact with my counsel, incarcerration for seven (7) months with a hearing, my presence at any hearings held during seven (7) months in state custody, no bond reduction. Then turned over to Federal U.S. Marshals Oct. 27, 2023.

2) A.T.F Agent/Detective/Officer of Miami Beach P.D. A. Yarusso, Agent/Officer H. Fitoria, Officer L. Paige, B. Campos, R. Chumbe, D. Damus, A. Pichs Picado, L. Villa orchestrated and conducted an illegal traffic engaging of myself and (3) three other passengers in an unmarked vehicle. Without lights and sirens. Then fabricated my arrest affidavit claiming that officers Maldonado #2030 and Jenkins #2068 attempted a traditional felony traffic stop in their marked police vehicle with lights + sirens.

19.)

D.

3.) I was arrested with unnecessary excessive force! Not read any Miranda Rights on the scene! Not informed of what I was being detained for or arrested for. Neither read any rights at the station or informed why I was being arrested at the station. Until I agreed to speak with officers about the situation.

4.) My intention to rely upon alibi defense has not been taken into consideration by the state or federal prosecutors to this day April 19, 2024. For the reason of my original complaint 42 U.S.C. 1983 + Bivens being dissmissed two (2) times, since filed Sept. 1, 2023.
Case Name: Jones v. Yarusso et al
Case Number#: 1:23-cv-23474-BB
Dissmissed 9/12/2023 by. Judge Donald M. Middlebrooks.
Dissmissed 10/6/2023 by. Judge Beth Bloom without prejudice.
Violating State of Florida Rule 3.220(h) of Florida Rules of Criminal procedure, and Rules 1.310, 1.350, + 1.351 of the Florida Rules of Civil Procedure. As well as Rule 3.200 of Florida Rules of Criminal Procedure.

5.) I now have verification in the form of Body Worn Camera footage, The Police CAD report, + court transcripts to verify my allegations are indeed true + factual statements of claims against the mentioned defendants.

20)

D.

6) A.T.F Agent/Detective/Officer A. Yarusso of Miami Beach P.D. has been under the color of state, local, and federal law fabricating discovery documents to Federal District Judge Melissa Damien to get probable cause for a search warrant to search my cell phone in my state case #F23005634 as well as my federal case #23-CR-20382-RAR. Exposed by Body Worn Camera footage, sworn on the stand before Judge Lauren F. Louis, A. Yarusso fabricated documents that I abandoned my cell phone and made no attempts to recover both of my cell phones on the scene of my arrest. This Agent/Detective/Officer should be impeached as well as relieved of duty for the malicious prosecution against me. Transcripts from March 15, 2024.

7) A. Yarusso and H. Fitorla interogated me about who's making machine guns. These type of questions alerted me to the fact that these officers have prior knowlegde of me from my ex girlfriend Jeraldene Alston. I can provide documentation of her threatening me about going to the police. And thanking me for the pictures of guns that she provided to them. This is why he was after my cell phone. This also explains the presence of the Miami Metro Dade Police on the scene of my arrest. This was a orchestrated fouled up situation that officers ommitted evidence + video footage to gain probable cause. Jeradene Alston, Prince Robinson, + James Bartlett are the people who told the police these false accusations. Because they told me that

21.)

D.



7) Continued: they were going to the police to make reports of me beating on a white girl. She provided the police with my G-Mail account "KingJones2013@gmail.com." And had to claim to be the primary user or owner of the device. Due to Officer A. Yarusso asking me if I placed my 911 call from "the cell phone with the black case and messed up screen." She is the only person that could have tendered this type of information to the police.

8) I never recieved a notice of dissmissal from Judge Beth Bloom of Case #: 1:23-cv-23474-BB at the county jail. Neither here at the F.B.O.P. Until I recieved this Civil Docket Notice April 15th, 2024.

9) The State Attorney's Office, State Attorney, Assistant State Attorney, Public Defender's Office, Public Defender, + Judge appointed or assigned to State case #: F23005634 are all liable for violation of Rule 3.220. in all equity for me not recieving my discovery until after six (6) months in jail. And after having to explain to Public Defender Courtney Diaz that is my right to have my discovery to initiate any type of pro se defense for myself, due to the lack of hers.

2kJB.

10) Judge Middlebrooks dismissed my initial claim. Then gave me the opportunity to amend the claim. But it was reassigned to judge Beth Bloom for further proceedings. I was never notified by mail of judge Bloom closing my case. Due to the Court authority to review and dismiss a complaint if it "is frivolous or malicious" or "fails to state a claim on which relief may be granted." 28 U.S.C. §1915(e)(2)(B). If a plaintiff is pro se, the Court must give his complaint a liberal construction and interpret it to raise the strongest grounds for relief that its allegations suggest. See Meadows v. Servs., Inc., 963 F.3d 240, 243 (2d Cir. 2020) (per curiam). 5 Still, even a pro se may not survive dismissal if its factual ▓▓▓ allegations do not establish plausible grounds for relief.

In the ordinary course, the Court will not dismiss a complaint sua sponte without affording the plaintiff a reasonable opportunity to respond to the concerns that would warrant dismissal. See Abbas v. Dixon, 480 F.3d 636, 639-40 (2d Cir. 2007). The purpose of this ruling is to state the Court's concerns so that Velez may promptly respond or file an amended complaint that addresses these concerns.

I pulled this from a judge Jeffrey Alker Meyer United States District Judge case ordered on the 21st day of December 2023.

22.)



D.) I, BRENT MICHEAL JONES the plaintiff is giving the court a prime example of "Cops Don't Get Immunity For Instigating False Charges!" Immunity will not apply to police falsify affidavits or fabricate evidence to seek baseless charges, the 6th Circuit ruled March 27 (King v. Hardwood, 2017 BL 95527, 6th Cir. No. 165949, 3/27/17). Indictments arising out of grand jury proceedings are usually accepted as enough probable cause to prevent defendants from suing police or attorneys for malicious prosecution. However the court stated an exception that would allow defendants to do just that in narrow situations. While a law enforcement officer may recieve immunity for grand jury testimony, that protection doesn't extend to "actions that are prior to, and independant of his grand jury testimony," the majority opinion for the U.S. Court of Appeals for the Sixth Circuit stated.

In an attempt to solve a cold case murder, an officer wrote an affidavit purposefully leaving out evidence proving defendant Susan Jean King did not commit the murder. This included the fact that she had one leg and couldn't have on her own dragged the victims 187-pound body to her car and dumped it in a river.

The affidavit resulted in a search warrant that also failed to turn up any evidence supporting a murder charge. That the officer wrote to a prosecutor with his theory of the case to spur the district attorney to seek murder charges that were later vacated.

Continued →

23.)

D.) (King v. Hardwood, 2017) Continued: Specifically, the court held that when an officer "in the course of setting a prosecution in motion, either knowingly or recklessly makes false statements" or "falsifies or fabricates evidence" that is material to the prosecution of the cause and wasn't exclusively used for grand jury trial testimony, the presumption that the grand jury indictments amount to probable cause can be rebutted.

    The defendant A. Yarusso committed the same acts of the King v. Hardwood, 2017 case by falsifying arrest affidavits, search warrants, documents. As well as fabricating evidence, ommiting evidence, witholding evidence while knowingly and recklessly doing so. Along with the other listed defendants in this claim. Violating my §1981, 1983, and 1985 Civil Rights and federal laws, as well as Florida criminal rules of procedure, secured by the U.S. Constitution. To spur malicious prosecution and create probable cause for the state attorney, state judge, federal judges, and the UNITED STATES OF AMERICA in the indictment Case No. 23-CR-20382-RAR  U.S.A v. Jones, and Case No. F23005634.

    There is no evidence or proof that I, BRENT MICHEAL JONES, the plaintiff engaged in iterstate commerce or itrastate conduct with a firearm. Or any evidence or proof that I had any prior knowledge about any firearm traveling across or through interstate commerce or interstate traffic from the origin of the firearm manufacturer at all.

24)

The Parties to this Complaint
B. The Defendant(s)

5) Name:  R. Chumbe
   Job Title:  Officer
   Shield Number: #2113
   Employer: Miami Beach Police Dept.
   Address:

☑ Individual capacity  ☑ Official capacity

6) Name:  D. Damus
   Job Title: Officer
   Shield Number: #2140
   Employer: Miami Beach Police Dept.
   Address:

☑ Individual capacity  ☑ Official capacity

7) Name:  A. Pichs Picado
   Job Title: Officer
   Shield Number: #2114
   Employer: Miami Beach Police Dept.
   Address:

☑ Individual capacity  ☑ Official capacity

25.)

The Parties to this Complaint
B. The Defendant(s)

8.) Name: Maldonado
Job Title: Officer
Shield Number: #2030
Employer: Miami Beach Police Dept.
Address:

☑ Individual capacity ☑ Official capacity

9.) Name: Jenkins
Job Title: Officer
Shield Number: #2068
Address:

☑ Individual capacity ☑ Official capacity

10.) Name: L. Villa
Job Title: Officer
Shield Number: #0974
Address:

☑ Individual capacity ☑ Official capacity

26.)



The Parties to this Complaint
B. The Defendant(s)

11.) Name: Miam Metro Dade Police Department
    Job Title:
    Shield Number:
    Employer:
    Address:

            ☑ Individual capacity  ☑ Official capacity

12.) Name: Miami Gardens Police Department
    Job Title:
    Shield Number:
    Address:

            ☑ Individual capacity  ☑ Official capacity

13.) Name: Miami Beach Police Department
    Job Title:
    Shield Number:
    Address:

            ☑ Individual capacity  ☑ Official capacity

27.)

The Parties to this Complaint
B. The Defendant(s)

14) Name: Micheal Strozier
Job Title: Assistant State Attorney
Shield Number:
Employer: State Attorney's Office
Address:

☑ Individual capacity  ☑ Official capacity

15) Name: State Attorney's Office
Job Title:
Shield Number:
Employer:
Address:

☑ Individual capacity  ☑ Official capacity

16) Name: Judge Laura Stuzin
Job Title: Judge
Shield Number:
Employer:
Address:

☑ Individual capacity  ☑ Official capacity

28.)

The Parties to this Complaint
B. The Defendant(s)

17) Name: Courtney Diaz
Job Title: Public Defender / Attorney
Shield Number:
Employer:
Address:

☑ Individual capacity  ☑ Official capacity

18) Name: Public Defender's Office
Job Title:
Shield Number:
Employer:
Address:

☑ Individual capacity  ☑ Official capacity

19) Name: Alcohol Tobacco and Fire Arms
Job Title: Government Task Force
Shield Number:
Employer: UNITED STATES OF AMERICA
Address:

☑ Individual capacity  ☑ Official capacity

29.)

## V. Injuries


1) The Defendants L. Paige and R. Chumbe dropped their knees in my lower back causing severe pain. I was even kneed in my rear end while on the ground for no reason. Then having my knee split open being forced to the ground.

2) I'm diagnosed with Luekemia (Bone Cancer) at that time. And can be heard screaming out to officers of my situation to no avail. I also have two (2) bullets in my groin. And the multiple defendants caused me emotional distress, pain + injury suffering, mental distress, + fear of more emotional + physical abuse.

3) I have been caused nominal and punitive damages with my life and stability by technically being kidnapped and detained since the arrest. Having to be sent to the hospital from T.G.K Correctional Facility prior to being booked + finger printed.

4) Agent/Detective/Officer A. Yarusso the Defendant acted under the color of Federal, State, + Local Laws also leading all of the listed Defendants under the color of Federal, State, + Local Laws. "Depriving me of rights, priveledges, immunities secured by the Constitution and [Federal Laws]." 42 U.S.C. §1983.

30.)

# VI. Relief

1) I'm suing the Agents, Detectives, and Officers, as well as any and all Police staff employee's for $3.6 million each, individually. And $66.6 million for all malicous prosecution, falsifying of arrest affidavits and discovery documents. As well as fabricating probable cause to get warrants approved, and search warrants. And violation of Florida Criminal and Civil Procedures. And for lying sworn under oath + color of Law.

2) I'm suing the State Attorney Office for $66.6 million. For allowing State Attorney's and assistant state attorney's to prosecute and detain me for seven months without appearing at any hearings. Or providing me with my discovery adequately. I'm suing Katherine Fernandez Rundle and Micheal Strozier for $6.6 million each for gross negligence and violation of Florida criminal procedure. And gross negligence of Florida Civil procedure.

3) I'm suing the Public Defender's Office for $66.6 million. For gross negligence for inadequate counsel. And violation of Florida criminal and civil procedures. I'm suing Public Defender Courtney Diaz for $6.6 million for gross negligence. And for violation of Florida criminal and civil procedures. As well as denying me intention to rely upon alibi defense. And for me still facing state charges while in Federal custody. Being told that I have to go back to state county jail after facing this alleged + malicious indictment.

31.)

# VI. Relief

4) I'm suing Miami Beach P.D., Miami Gardens P.D., and Miami Metro Dade P.D. for $66.6 million officially. And each Police Department for $36.6 million each. For gross neglect of my 911 call. And for conspiring and orchestrating this fabricated sting on Miami Beach based on false police reports from Jeraldene Alston, Prince Robinson, & James Bartlett. Allowing employees to withold evidence of video body camera footage. There were two Metro County Officers on the scene that don't provide any footage of video. Violating Florida Criminal Procedure and Civil procedures.

5) I am entitled to all relief requested in this claim for the factual statements backed by the preponderance of the evidence I can and will provide. And respectfully request that all relief be granted in all equity in this claim of 42 U.S.C. §1983 and Bivens "Deprivation of Civil Rights, immunities, priviledges, secured by the Constitution and [Federal Laws]."

6) I am suing Alcohol Tobacco and Firearms for $66.6 million for the violation of my "Constitutional Rights, Florida Criminal Procedures, Florida Civil Rules and procedures, priviledges, immunities, secured by the Constitution and [Federal Laws]."

31) B.

# VI Relief

If any of the listed parties, defendants, or offices that can obtain any kind or type of immunity from the relief of this complaint. May that immunity be granted without the dismissal of this complaint. Due to the lack of knowledge of the plaintiff I, BRENT MICHEAL JONES. And limited access of acquiring that knowledge. The allegations of this complaint need to be investigated due to the severity of the fabricated statements under oath by the defendants. And falsyfied documents from my arrest affidavit, discovery, + depositions compiled against me by law enforcement.

Neither my state or federal counsel is offering any knowledge or assistance in aiding me or educating me on how I am entitled to file this complaint to abide by the "American Adversary System Of Criminal Justice". Which is why I want the defendants to comply with all relief requested in this claim. And that I, BRENT MICHEAL JONES recieve all relief in equity. And that the defendants be strutinized or punished by the "False Oath Penalty" and the "Public Employees Oath."

If a complaint is pro se, the Court must give his complaint a liberal construction and interpret it to raise the strongest grounds for relief that its allegations suggest. In ordinary courses, the Court will not dismiss a complaint sua sponte without affording the plaintiff a reasonable opportunity to respond to the concerns that would warrant dismissal.

31.)B

# VI Relief

The American Adversary System is designed around the premise that the parties know what is best for them, and are responsible for advancing the facts and arguements entitling them to relief.

AOR,CLOSED

35.)

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:23-cv-23474-BB

Jones v. Yarusso et al
Assigned to: Judge Beth Bloom
Cause: 42:1983 State Prisoner Civil Rights

Date Filed: 09/11/2023
Date Terminated: 10/16/2023
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Brent Michael Jones**

represented by **Brent Michael Jones**
80975-510
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE

V.

**Defendant**

**A. Yarusso**
*Miami Beach P.D./A.T.F. Officer Agent*

**Defendant**

**H. Fitoria**
*Officer/Agent #2080*

**Defendant**

**L. Paige**
*Officer #1179*

**Defendant**

**B. Campos**
*Officer #2054*

**Defendant**

**R. Chambe**
*Officer #2113*

**Defendant**

**A. Pichs Picado**
*Officer #2114*

36

**Defendant**

**D. Dalmus**
*Officer #2140*

**Defendant**

**Miami Dade Police Department**

**Defendant**

**Miami Gardens Police Department**

**Defendant**

**State Attorney Office & Prosecutor**

**Defendant**

**Google & Google Maps**

**Defendant**

**Maldonado**
*Officer #2030*

**Defendant**

**Jenkins**
*Officer # 2068*

**Defendant**

**Miami Beach Police Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2023 | 1 | Complaint pursuant to 42 USC 1983 against All Defendants. Filing fee $ 402.00. IFP Filed, filed by Brent Michael Jones.(kpe) (Entered: 09/11/2023) |
| 09/11/2023 | 2 | Judge Assignment to Judge Donald M. Middlebrooks (kpe) (Entered: 09/11/2023) |
| 09/11/2023 | 3 | MOTION for Leave to Proceed in forma pauperis by Brent Michael Jones. (kpe) (Entered: 09/11/2023) |
| 09/12/2023 | 4 | ORDER OF INSTRUCTIONS TO PRO SE LITIGANT. Signed by Judge Donald M. Middlebrooks on 9/12/2023. *See attached document for full details.* (caw) (Entered: 09/12/2023) |
| 09/12/2023 | 5 | ORDER GRANTING 3 PLAINTIFF'S IN FORMA PAUPERIS STATUS AND ESTABLISHING A DEBT OF $350. Plaintiff to Proceed without Prepayment of Filing Fee but Establishing Debt to Clerk of $ 350.00. **USM Service NOT Ordered**. Signed by Judge Donald M. Middlebrooks on 9/12/2023. *See attached document for full details.* (caw) (Entered: 09/12/2023) |
| 09/12/2023 | 6 | CLERK'S NOTICE of Compliance with paragraph #4 per 5 ORDER. (caw) (Entered: 09/12/2023) |

| 09/12/2023 | 7 | ORDER DISMISSING WITHOUT PREJUDICE CIVIL RIGHTS COMPLAINT UNDER THE PRISON LITIGATION REFORM ACT (PLRA). Amended Complaint due by 10/13/2023. Signed by Judge Donald M. Middlebrooks on 9/12/2023. *See attached document for full details.* (Attachments: #(1) FORM Complaint.) (caw) (Entered: 09/13/2023) |
| 09/18/2023 | 8 | ORDER OF RECUSAL Signed by Judge Donald M. Middlebrooks on 9/18/2023. *See attached document for full details.* (jc) (Entered: 09/18/2023) |
| 09/18/2023 | 9 | CLERK'S NOTICE OF REASSIGNMENT OF CASE re ECF No. 8 Order of Recusal. Case reassigned to Judge Beth Bloom for all further proceedings. Judge Donald M. Middlebrooks no longer assigned to case (jc) (Entered: 09/18/2023) |
| 10/16/2023 | 10 | ORDER OF DISMISSAL WITHOUT PREJUDICE: Closing Case. *(Without Prejudice)* Signed by Judge Beth Bloom on 10/16/2023. *See attached document for full details.* (wce) (Entered: 10/16/2023) |
| 11/27/2023 | 11 | NOTICE of Change of Address by Brent Michael Jones (caw) (Entered: 11/27/2023) |
| 01/23/2024 | 12 | NOTICE of Change of Address, by Brent Michael Jones. (caw) (Entered: 01/23/2024) |
| 04/09/2024 | 13 | NOTICE of Inquiry by Brent Michael Jones. Docket sheet mailed to Brent Michael Jones. (scn) (Entered: 04/10/2024) |

BRENT MICHEAL JONES
Reg. # 80975-510
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FLORIDA 33101

THIS IS INSPECTED
BY _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

REC'D BY _____ D.C.
MAY 21 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA.-MIAMI

UNITED STATES
POSTAL SERVICE

FREEDOM  FREEDOM  FREEDOM
FREEDOM  FREEDOM